Jeremi L. Chylinski
JCHYLINSKI@GRSM.COM



ATTORNEYS AT LAW
ONE BATTERY PARK PLAZA
NEW YORK, NEW YORK 10004
PHONE: (212) 269-5500
FAX: (212) 269-5505
WWW.GORDONREES.COM

November 5, 2018

**By ECF**

Hon. J. Paul Oetken
United States District Judge
Southern District of New York
40 Foley Square, Room 2101
New York, NY 10007
P: (212) 805-0266

      Re:    **Lucia Marett v. The Clorox Company and The Burt's Bees Products Co.**
               **Civil Action No.: 1:18-CV-09333 (JPO)**

Judge Oetken:

      This firm represents Defendants The Clorox Company and The Burt's Bees Products Company in the above-referenced matter. We write with Plaintiff's counsel's consent to respectfully request an extension of time – until December 7, 2018 – to respond to Plaintiff's Complaint. The current due date is November 7, 2018, and this is Defendants' first extension request. The reason for this request is that the parties are in the process of discussing settlement and are cautiously optimistic that they will reach a settlement in the near future.

      Thank you for your attention to this matter.

                      Respectfully Submitted,

                      *s/ Jeremi L. Chylinski, Esq.*
                      Jeremi L. Chylinski, Esq.